IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC D. RICE,

        Plaintiff,                   No. 2:13-cv-0239 EFB P

      vs.

ASHIQ V. PATEL, et al.,

        Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Dckt. No. 12. Plaintiff has also consented to the jurisdiction of a United States Magistrate Judge. Dckt. No. 6.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

Plaintiff seeks damages for an alleged violation of his Eighth Amendment rights. He claims that he is mentally ill and that he did not undergo hormone therapy prior to being incarcerated. He claims that in violation of CDCR policy, defendant Patel provided him with transgender medications from 2011 until August 2012. Plaintiff claims that he was persuaded to take the medications, and that he was never given a mental health examination to prepare for the hormone medications. Plaintiff claims that the hormone treatment was terminated in August of 2012 when doctors learned that he was not mentally stable and he refused to restart the treatment. Plaintiff claims to be irreversibly damaged and confused because he now has "breast[s] and a full mustache." Dckt. No. 1 at 4.

Though plaintiff includes "CSP Sac Doctor Mahagadam" as a defendant, plaintiff makes no factual allegations against Mahagadam, and otherwise fails to demonstrate a basis for venue in this district. It is evident from the complaint and the exhibits attached thereto, that a substantial part of the events or omissions giving rise to plaintiff's claims occurred at R.J. Donovan Correctional Facility, which is in Los Angeles County. *See id.*, Ex. C (plaintiff's administrative grievance, complaining that he was improperly placed on hormone therapy while housed at R.J. Donovan Correctional Facility). Plaintiff does not allege that defendant Patel, the only defendant against whom plaintiff makes any factual allegations, resides in this district.

For these reasons, venue properly lies in the United States District Court for the Central District of California. *See* 28 U.S.C. §§ 84(c)(2), 1391(b). This action is therefore transferred to the Western Division of the United States District Court for the Central District of California. *See* 28 U.S.C. § 1404(a).

So ordered.

Dated: May 21, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE